UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE VOLKSBANK N.V. fka SNS REGIO BANK N.V.,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAS GEORGE BECK, an individual, and ANGELIQUE VERSCHUUR, an individual,<br><br>    Defendants. | No.  2:19-cv-0043 MCE DB<br><br>ORDER |

This matter came before the undersigned on June 5, 2020, pursuant to Local Rule 302(c)(19) for hearing of plaintiff's motion for default judgment. (ECF No. 15.) Attorney Galen Gentry appeared via video conference on behalf of the plaintiff.  Defendants Nicholas George Beck and Angelique Verschuur also appeared via video conference each on their own behalf.  At the hearing, the undersigned explained that in light of the appearance of the defendants the undersigned would continue the hearing of plaintiff's motion to July 10, 2020, to allow the parties an opportunity to meet and confer.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The June 5, 2020 hearing of plaintiff's motion for default judgment (ECF No. 15) is continued to **Friday, July 10, 2020, at 10:00 a.m**.;

2. On or before **July 3, 2020**, the parties shall file status reports reflecting their position as to how this action should proceed. Specifically, plaintiff should address whether plaintiff intends to withdraw the motion for default judgement given the appearance of the defendants. And defendants should address whether they intend to move to vacate the entry of default judgment; and

3. The parties are cautioned that the failure to timely comply with this order may result in the appropriate sanction including, but not limited to, a recommendation that this action be dismissed or plaintiff's motion for default judgment be granted.

Dated: June 8, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\volksbank0043.cont.hrg.ord

2