1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE VOLKSBANK N.V. fka SNS REGIO BANK N.V., | No.  2:19-cv-0043 MCE DB PS |
| Plaintiff, | ORDER |
| v. | |
| NICHOLAS GEORGE BECK, an individual, and ANGELIQUE VERSCHUUR, an individual, | |
| Defendants. | |

This matter came before the undersigned on June 5, 2020, pursuant to Local Rule 302(c)(19) for hearing of plaintiff's motion for default judgment. (ECF No. 15.)  Attorney Galen Gentry appeared via video conference on behalf of the plaintiff.  Defendants Nicholas George Beck and Angelique Verschuur also appeared via video conference each on their own behalf.  At the hearing, the undersigned explained that in light of the appearance of the pro se defendants the undersigned would continue the hearing of plaintiff's motion to July 10, 2020, to allow the parties an opportunity to meet and confer.[1]

////

---

[1] Because the defendants have appeared in this matter pro se, the matter has now been referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1    On July 1, 2020, defendants filed a motion seeking to set aside entry of default and noticed the motion for hearing on July 10, 2020. (ECF No. 22.) Local Rule 230 requires notice of at least twenty-eight days prior to the hearing for such a motion. However, on July 2, 2020, plaintiff filed a status report stating a willingness to continue the hearing of plaintiff's motion for default judgment and defendants' motion to set aside entry of default as doing so "would promote judicial economy and would not substantially prejudice any of the parties." (ECF No. 21 at 2.) The undersigned agrees.

Accordingly, IT IS HEREBY ORDERED that:

1. The July 10, 2020 hearing of plaintiff's motion for default judgment (ECF No. 15) and defendants' motion to set aside entry of default (ECF No. 22) is continued to **Friday, August 7, 2020, at 10:00 a.m.**;

2. On or before **July 24, 2020**, plaintiff shall file an opposition or statement of non-opposition to defendants' motion; and

3. On or before **July 31, 2020**, defendants may file a reply, if any.[2]

Dated: July 6, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\volksbank0043.cont.hrg2.ord

---

[2] Without reference to the merits of either parties' motion and in the absence of complete briefing, given the appearance of all parties in this action the undersigned encourages the parties to continue to meet and confer to determine if a resolution can be reached that would allow this matter to proceed on the merits.