UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE VOLKSBANK N.V. fka SNS REGIO BANK N.V., | No. 2:19-cv-0043 MCE DB PS |
| Plaintiff, | ORDER |
| v. | |
| NICHOLAS GEORGE BECK, an individual, and ANGELIQUE VERSCHUUR, an individual, | |
| Defendants. | |

      Defendants Nicholas George Beck and Angelique Verschuur are proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

      On January 28, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired and plaintiff has filed objections to the findings and recommendations.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 28, 2021 (ECF No. 27) are adopted in full;

2. Defendants' July 1, 2020 motion to set aside entry of default (ECF No. 22) is granted;

3. The entries of defendants' defaults are set aside;

4. Defendants are ordered to file a formal answer to the complaint within 28 days of the date of this order; and

5. Plaintiff's March 10, 2020 amended motion for default judgment (ECF No. 15) is denied without prejudice to renewal.

IT IS SO ORDERED.

Dated: April 6, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE