UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE VOLKSBANK N.V. fka SNS REGIO BANK N.V., | No. 2:19-cv-0043 MCE DB PS |
| Plaintiff, | ORDER |
| v. | |
| NICHOLAS GEORGE BECK, an individual, and ANGELIQUE VERSCHUUR, an individual, | |
| Defendants. | |

Defendants Nicholas George Beck and Angelique Verschuur are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On April 6, 2021, the assigned District Judge ordered the defendants "to file a formal answer to the complaint within 28 days[.]" (ECF No. 31 at 2.) On May 5, 2021, defendants filed a document purporting to "formally answer" the order of the assigned District Judge and stating, in general, that defendants "agree with the" April 6, 2021 order. (ECF No. 32 at 1.)

Defendants are advised that "[a]n answer should contain whatever denials and defenses are necessary to refute the material allegations of the complaint. Its function is to put the case 'at issue' as to all important matters alleged in the complaint that the defendant does not want to

1

admit." D. Answer, Rutter Group Prac. Guide Fed. Civ. Pro. Before Trial Ch. 8-D; see also United States v. Carlson, Case No. 18-cv-1598 AC, 2019 WL 4658395, at *5 (D. Or. Aug. 1, 2019) (quoting Fed. R. Civ. P. 8(b)) ("an answer to a complaint should merely 'admit or deny the allegations asserted against it by an opposing party' and 'state in short and plain terms its defenses to each claim asserted against it.'"). A form answer, as well as other information regarding representing yourself pro se, is available on the Court's website. See http://www.caed.uscourts.gov/caednew/index.cfm/cmecf-e-filing/representing-yourself-pro-se-litigant/.

    Accordingly, IT IS HEREBY ORDERED that within twenty-eight days of the date of this order defendants shall file an answer to plaintiff's complaint.

DATED: May 12, 2021                    /s/ DEBORAH BARNES
                                            UNITED STATES MAGISTRATE JUDGE