UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE VOLKSBANK N.V. fka SNS REGIO BANK N.V., | No. 2:19-cv-0043 MCE DB PS |
| Plaintiff, | ORDER |
| v. | |
| NICHOLAS GEORGE BECK, an individual, and ANGELIQUE VERSCHUUR, an individual, | |
| Defendants. | |

    Defendants Nicholas George Beck and Angelique Verschuur are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On June 21, 2021, the undersigned issued an order setting this matter for a Status (Pretrial Scheduling) Conference on August 6, 2021. (ECF No. 36.) Pursuant to that order defendants were to file status reports on or before July 30, 2021.

    Moreover, on July 1, 2021, plaintiff filed a motion to dismiss and a motion to require defendants to file an amended answer and noticed the motions for hearing before the undersigned on August 6, 2021. (ECF Nos. 37 & 38.) Pursuant to Local Rule 230(c) defendants were to file an opposition or a statement of non-opposition to plaintiff's motions "not less than fourteen (14)

////

1

days preceding the noticed . . . hearing date." Neither defendant, however, has filed a timely status report or a timely opposition or statement of non-opposition to the pending motions.

The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law. Local Rule 183(a). Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules. Id.

In light of defendants' pro se status, and in the interests of justice, the court will provide defendants with an opportunity to show good cause for defendant's conduct along with a final opportunity to comply with the court's orders, and to oppose plaintiff's motions. Review of the docket also finds that a previous order served on defendants was returned as undeliverable. Defendants are advised that it is a party's responsibility to keep the court apprised of the party's current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants show cause in writing within fourteen days of the date of this order for defendants' failure to file a timely status report and failure to file a timely opposition or statement of non-opposition;

2. The August 6, 2021 hearing of defendants' motions (ECF Nos. 37 & 38) and the Status (Pretrial Scheduling) Conference is continued to **Friday, September 10, 2021, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3. On or before **August 27, 2021**, defendants shall file status reports and file oppositions or statements of non-opposition to plaintiff's motions;

4. Defendants are cautioned that the failure to timely comply with this order may result in the imposition of an appropriate sanction; and

////

5. In addition to the address of record, the Clerk of the Court shall serve a copy of this order at the following address:

> Nicholas George Beck
> PO Box 34
> Ione, CA 95640

DATED: August 3, 2021

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE