1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DE VOLKSBANK N.V. fka SNS REGIO              No.  2:19-cv-0043 MCE DB PS
      BANK N.V.,
12

13                    Plaintiff,                   ORDER

14          v.

15    NICHOLAS GEORGE BECK, an
      individual, and ANGELIQUE
16    VERSCHUUR, an individual,

17                    Defendants.

18

19          Defendants Nicholas George Beck and Angelique Verschuur are proceeding in this action

20    pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and

21    28 U.S.C. § 636(b)(1). This matter is noticed for hearing before the undersigned on September

22    10, 2021 for a Status (Pretrial Scheduling) Conference and hearing of plaintiff's motion to require

23    defendants to file an amended answer.  Pursuant to Local Rule 230(g), the undersigned finds that

24    plaintiff's motion may be decided without oral argument and the matter is submitted.

25          Moreover, on September 3, 2021, defendants filed a request to continue the September 10,

26    2021 Status Conference.  (ECF No. 45.)  Therein, defendants explain that a continuance is

27    necessary because defendants have contracted "Covid" and are still recovering.  (Id. at 1.)  Good

28    cause appearing, defendants' request will be granted.

                                               1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  Plaintiff's motion to require defendants to file an amended answer (ECF No. 38) is

3    submitted and the September 10, 2021 hearing vacated;

4          2.  Defendants' September 3, 2021 motion to continue (ECF No. 45) is granted

5          2.  The September 10, 2021 Status (Pretrial Scheduling) Conference is continued to

6    **Friday, October 22, 2021, at 10:00 a.m**., at the United States District Court, 501 I Street,

7    Sacramento, California, in Courtroom No. 27, before the undersigned.[1]

8    DATED: September 7, 2021        /s/ DEBORAH BARNES
                                      UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18   DLB:6

19   DB/orders/orders.pro se/volksbank0043.cont.hrg.2

20
     _____

21   [1] Parties shall appear at the Status Conference either telephonically or over video conference
     through the Zoom application (which is free and must be downloaded to your computer or mobile

22   device prior to the hearing).  Parties proceeding in propria persona, on his or her own behalf, shall
     contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128,

23   no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours
     prior to the hearing, to arrange their appearance either telephonically or over video conference.

24   Counsel will receive an email containing the necessary appearance information and must notify
     the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either

25   telephonically or over video conference.  The Zoom ID Number and password are confidential
     and are not to be given to anyone.  Persons granted remote access to these proceedings, whether

26   by Zoom or by telephone, are reminded of the general prohibition against photographing,
     recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in

27   sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other
     sanctions deemed necessary by the court.

28