UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE VOLKSBANK N.V. fka SNS REGIO BANK N.V., <br><br>Plaintiff, <br><br>v. <br><br>NICHOLAS GEORGE BECK, an individual, and ANGELIQUE VERSCHUUR, an individual, <br><br>Defendants. | No. 2:19-cv-0043 MCE DB PS <br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT |

Defendants Nicholas George Beck and Angelique Verschuur are proceeding in this action pro se. The court finds the appointment of counsel for defendants is warranted for the limited purpose of representing them at a further settlement conference. Daniel S. Linhardt has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Daniel S. Linhardt is appointed as limited purpose counsel for defendants in the above titled matter. This appointment is for the limited purpose of assisting defendants with preparing for and participating in a further settlement conference.

2. Daniel S. Linhardt's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
4. A further settlement conference has been set for April 12, 2022, at 10:00 a.m., to be conducted by video conference.  See ECF No. 52.  If pro bono counsel is unavailable on that date, or wishes to reschedule the conference, he is instructed to contact Judge Claire's Courtroom Deputy.
5. The Clerk of the Court is directed to serve a copy of this order upon Daniel S. Linhardt, Law Office of Daniel S. Linhardt, 791 W. View Ct., Diamond Springs, CA 95619.

DATED: March 2, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE