UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE VOLKSBANK N.V. fka SNS REGIO BANK N.V., | No. 2:19-cv-00043 MCE DB PS |
| Plaintiff, | ORDER |
| v. | |
| NICHOLAS GEORGE BECK, an individual, and ANGELIQUE VERSCHUUR, an individual, | |
| Defendants. | |

Defendants are proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 21, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections thereto were to be filed within fourteen (14) days after service of the findings and recommendations. ECF No. 59. The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed June 21, 2022 (ECF No. 59), are ADOPTED in full;

2. Plaintiff's July 1, 2021, motion to dismiss (ECF No. 37) is GRANTED;

3. Defendants are granted twenty-eight (28) days to file an amended answer and counterclaim; and

4. Plaintiff's July 1, 2021, motion for an order requiring defendants to file an amended answer (ECF No. 38) is DENIED.

IT IS SO ORDERED.

Dated: September 21, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2